*E-FILED: March 4, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>IPURITY, INC.,<br><br>Defendant. | No. C12-04004 HRL<br><br>**INTERIM ORDER RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

Plaintiffs move for default judgment. In support of that motion, their counsel filed a declaration and apparently intended to submit two exhibits, the second of which pertains to costs incurred. (Dkt. No. 17). There is, however, no Exhibit 2 appended to his declaration. The court finds that the payment of the $350 filing fee is supported by the record. (Dkt. No. 1). The record presented indicates that plaintiffs incurred $100 for a service of process fee. (Dkt. No. 4). Plaintiffs are directed to submit documentation to support their claim for $310 in costs for service of process. The documentation shall be submitted no later than **March 6, 2013**.

SO ORDERED.

Dated: March 4, 2013



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1  5:12-cv-04004-HRL Notice has been electronically mailed to:

2  Mark Stephen Renner    mrenner@wmprlaw.com, jchargin@wmprlaw.com